JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JNS FASHIONS, LLC; et al.<br><br>Defendants. | Case No.:  CV 15-4274-JFW (MRWx)<br>*Honorable John F. Walter Presiding*<br><br>**JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST JNS FASHIONS, LLC** |

# JUDGMENT

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of one hundred thousand dollars and no cents ($100,000.00) in statutory damages, plus costs in the amount of six hundred six dollars and sixty-three cents ($606.63) and attorneys' fees in the amount of five thousand six hundred dollars and no cents ($5,600.00) for a total of one hundred six thousand two hundred six dollars and sixty three cents (**$106,206.63**) is hereby GRANTED and ENTERED against JNS FASHIONS, LLC, a Florida Limited Liability Corporation, individually and doing business as "Lucy Diamonds", and in favor of UNICOLORS, INC., along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: April 22, 2016  _____
Honorable John F. Walter
United States District Judge